**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>OSCAR SOSA,<br><br>    Defendant(s). | 2:10-CR-516 JCM (RJJ) |

**ORDER**

Presently before the court is the matter of *USA v. Sosa*, case number 2:10-cr-00516-JCM-RJJ-1.

On November 20, 2012, the Ninth Circuit vacated and remanded the sentence imposed by the court in this matter. (Doc. # 66). The Ninth Circuit ordered that this court enter an in personam criminal money forfeiture money judgment in the amount of $14,000, in light of *United States v. Newman*, 659 F.3d 1235 (9th Cir. 2011), *cert. denied*, 132 S. Ct. 1817 (2012). (*Id.*). On December 19, 2012, this court issued an order on mandate. (Doc. # 69).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government prepare and submit an appropriate judgment.

DATED December 21, 2012.

                                */s/ James C. Mahan*
                           **UNITED STATES DISTRICT JUDGE**